THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California  94111-4006
Tel:     (415) 315- 6300
Fax:    (415) 315-6350

HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel:     (617) 951-7606
Fax:    (617) 235-0215

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY ROLAND MARTINEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,<br><br>Defendants. | Case No.    3:11-cv-02900-MEJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:  Honorable Maria-Elena James |

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-six (26)

1    putative class action lawsuits within this District, to date (collectively, the "N.D. Cal. Sony
2    Litigations");
3     WHEREAS, certain of the Sony Defendants have also been named as defendants in at
4    least thirty-two (32) putative class action lawsuits pending outside this District, to date
5    (collectively, with the N.D. Cal. Sony Litigations, the "U.S. Sony Litigations");
6     WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict
7    Litigation (the "JPML") to centralize this and other matters, to which various responses have been
8    filed to date, including Sony Defendants' response;
9     WHEREAS, the current deadline for SCEA to respond to the operative complaint in the
10   above-entitled action ("Complaint") is July 19, 2011;
11    WHEREAS, the parties have agreed to the extension of time herein for the defendants in
12   the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to
13   facilitate the scheduling of this matter in coordination with the schedule for the motion before the
14   JPML;
15    NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties,
16   by and through their respective counsel, hereby stipulate as follows:
17    The deadline for the defendants to respond to the Complaint in the above-captioned action
18   is extended until and including 30 days after a consolidated complaint is filed in a multidistrict
19   litigation centralizing the above-captioned action with other matters, or if centralization is denied
20   by the JPML, then 30 days from the date of such order denying centralization.
21    Either party may seek ex parte relief from this stipulated Order for good cause shown,
22   including, but not limited to, defendants' filing of a responsive pleading in a related case.

| | | |
|---|---|---|
| 1 | Dated: July 1, 2011 | DANIEL R. TAMEZ, ESQ. |
| | | GNAU & TAMEZ LAW GROUP, LLP |
| 2 | | MAJED NACHAWATI |
| | | BRYAN FEARS |
| 3 | | JEREMY R. WILSON |
| 4 | | By:  /s/ Daniel R. Tamez /s/ [as authorized] |
| | | Daniel R. Tamez, Esq. |
| 5 | | Attorneys for Plaintiff |
| | | TONY ROLAND MARTINEZ |
| 6 | | |
| 7 | Dated: July 1, 2011 | HARVEY WOLKOFF |
| | | THAD A. DAVIS |
| 8 | | ROCKY C. TSAI |
| | | ROPES & GRAY LLP |
| 9 | | |
| 10 | | By:   /s/ Rocky C. Tsai /s/ |
| | | Rocky C. Tsai |
| 11 | | |
| | | Attorneys for Defendants |
| 12 | | SONY COMPUTER ENTERTAINMENT AMERICA LLC |
| 13 | | and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC. |

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 6, 2011                    By: _____
                                            U. S. District Court Magistrate Judge